United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 12-16375-amc
Paul J. Weaver                                                    Chapter 11
Donnamarie T. Weaver
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: Randi                 Page 1 of 3              Date Rcvd: Nov 30, 2016
                                Form ID: trc                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
13292730       +US Bank, National Association et al,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
                 Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                      Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
              ADAM R. ELGART    on behalf of Creditor    WELLS FARGO BANK, N.A. aelgart@mwm-law.com,
               mip@mwm-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HarborView Mortgag Loan Trust 2006-8 ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Defendant    JP MORGAN CHASE ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. ecfmail@mwc-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association as Trustee for the
               LXS 2006-2N ecfmail@mwc-law.com
              ALICIA M. SANDOVAL    on behalf of Creditor    WELLS FARGO BANK, N.A. asandoval@mwm-law.com,
               hrobertson@mwm-law.com
              ANDREW F GORNALL    on behalf of Creditor    HSBC Bank USA, National Association, et al
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Defendant    Bank of America agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-8 ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com, ecfmail@mwc-law.com
              BARBARA A. FEIN    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-8 juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              BRETT L. MESSINGER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by
               its Attorney in Fact Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Creditor    U.S. Bank National Association, as Trustee
               blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Defendant    Ocwen Financial Corporation
               blmessinger@duanemorris.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Bank of America, National Association as Trustee as successor by merger
               to LaSalle Bank National Association, as Trustee for Certif ecfmail@mwc-law.com

```
District/off: 0313-2          User: Randi              Page 2 of 3              Date Rcvd: Nov 30, 2016
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    One West Bank, FSB ecfmail@mwc-law.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Defendant   Residential Credit Solutions pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Rushmore Loan Management Services, LLC, et al
               pabk@logs.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as
               Indenture Trustee for American Home Mortgage Investment Trust 2005-2 debersole@hoflawgroup.com,
               bbleming@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association, not in its
               individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T c/o Rushmore Loan
               Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
               bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
              DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               draphael@grenenbirsic.com, mcupec@grenenbirsic.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL.
               paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Defendant    Nationstar paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
               vbarber@udren.com
              JON M. ADELSTEIN    on behalf of     Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Paul J. Weaver jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
               Loans, Inc., solely in its capacity as Servicer paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee
               ET.AL. paeb@fedphe.com
              JOSEPH PATRICK SCHALK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com
              KASSIA FIALKOFF    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               kfialkoff@duanemorris.com
              KERI P EBECK    on behalf of Defendant    JP Morgan Chase Home Finance kebeck@weltman.com,
               jbluemle@weltman.com
              KERI P EBECK    on behalf of Defendant    The Bank of New York Mellon Trust Company, NA
               kebeck@weltman.com, jbluemle@weltman.com
              KERI P EBECK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National
               Association as grantor trustee of the Protium Master Grantor Trust kebeck@weltman.com,
               jbluemle@weltman.com
              KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com
              KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
               ecfmail@mwc-law.com
              KIMBERLY A. BONNER    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Greenpoint
               Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7, U.S. Bank National
               Association, as Trustee amps@manleydeas.com
              KRISTEN D. LITTLE    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT FOR
               pabk@logs.com
              LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by its
               Attorney in Fact Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
              LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
               lerase@logs.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF
               RECORD paeb@fedphe.com
              MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association
               mcohen@mwc-law.com
              MARISA MYERS COHEN    on behalf of Defendant    First Savings Mortgage Corp. mcohen@mwc-law.com
              MARY F. KENNEDY    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
               mary@javardianlaw.com, tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Defendant    WELLS FARGO BANK, N.A. mary@javardianlaw.com,
               tami@javardianlaw.com
```

```
District/off: 0313-2          User: Randi              Page 3 of 3              Date Rcvd: Nov 30, 2016
                              Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      MARY F. KENNEDY    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-21 mary@javardianlaw.com, tami@javardianlaw.com
      MARY F. KENNEDY    on behalf of Defendant    Carrington Mortgage Services, LLC mary@javardianlaw.com, tami@javardianlaw.com
      MARY F. KENNEDY    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mary@javardianlaw.com, tami@javardianlaw.com
      MARY F. KENNEDY    on behalf of Creditor    WELLS FARGO BANK, N.A. mary@javardianlaw.com, tami@javardianlaw.com
      MICHAEL H. KALINER    on behalf of Joint Debtor Donnamarie T. Weaver mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Plaintiff Paul J. Weaver mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8 mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Plaintiff Donna  Weaver mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of  Paul J. Weaver mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Debtor Paul J. Weaver mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Plaintiff Donnamarie T. Weaver mhkaliner@gmail.com
      SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust ldoyle@udren.com, cblack@udren.com
      SHANNON L. FOSTER    on behalf of Plaintiff Paul J. Weaver Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
      SHANNON L. FOSTER    on behalf of Plaintiff Donnamarie T. Weaver Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
      SHANNON L. FOSTER    on behalf of  Paul J. Weaver Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
      SHANNON L. FOSTER    on behalf of  Donnamarie T. Weaver Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
      SHANNON L. FOSTER    on behalf of Financial Advisor    GFCIB AND ADVISORS, LLC Shannon@slflaw.net, shannonfosteresq@gmail.com;ashley@slflaw.net
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for sbraunstein@udren.com, vbarber@udren.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 sbraunstein@udren.com, vbarber@udren.com
      SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust sbraunstein@udren.com, vbarber@udren.com
      STEVEN K. EISENBERG    on behalf of Creditor    HSBC Bank USA, National Association, et al seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
      STEVEN K. EISENBERG    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by its Attorney in Fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                             TOTAL: 85

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-16375-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul J. Weaver<br>148 Harrogate Drive<br>Landenberg PA 19350 | Donnamarie T. Weaver<br>148 Harrogate Drive<br>Landenberg PA 19350 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/29/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: US Bank, National Association et al, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619 | Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/02/16

Tim McGrath
**CLERK OF THE COURT**