UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br><br>PAUL J WEAVER AND DONNAMARIE T WEAVER<br>    Debtor. | Case No.: 12-16375-AMC<br><br>CHAPTER 11<br><br>**REQUEST FOR NOTICE** |

# REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  BSI requests that for all notice purposes and for inclusion in the Master Mailing List in
2  this case, the following address be used:

3  **PHYSICAL ADDRESS:**          **EMAIL ADDRESS:**
   BSI Financial Services          prpbk@bsifinancial.com
4  1425 Greenway Drive, Ste. 400
   Irving, TX  75038
5

6

7

8  Dated:  October 30, 2017        By: /s/ Karin Murphy
                                   Karin Murphy
9                                  c/o BSI Financial Services
                                   Assistant Vice President, Foreclosure and
10                                 Bankruptcy
                                   1425 Greenway Drive, Ste. 400
11                                 Irving, TX  75038
                                   972.347.4350
12                                 prpbk@bsifinancial.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

| | |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | EASTERN DISTRICT OF PENSYLVANIA – PHILADELPHIA DIVISION |

In Re: ) Case No.: 12-16375-AMC
)
) CHAPTER 11
PAUL J WEAVER AND DONNAMARIE )
WEAVER, ) **CERTIFICATE OF SERVICE**
)
Debtors. )

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On November 6, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **U.S. Trustee** |
|---|---|
| Paul J. Weaver | United States Trustee |
| 148 Harrogate Drive | Office of the U.S. Trustee |
| Landenberg, PA 19350 | 833 Chestnut Street |
| | Suite 500 |
| **Debtor** | Philadelphia, PA 19107 |
| Donnamarie T. Weaver | |
| 148 Harrogate Drive | **US TRUSTEE'S COUNSEL** |
| Landenberg, PA 19350 | KEVIN P. CALLAHAN |
| | United States Trustee |
| **Debtor's Counsel** | Dept. of Justice |
| JON M. ADELSTEIN | 833 Chestnut Street |
| Penn's Court | Suite 500 |
| 350 South Main Street | Philadelphia, PA 19107 |
| Suite 105 | |
| Doylestown, PA 18901 | |
| | |
| MICHAEL H. KALINER | |
| Adelstein & Kaliner, LLC | |
| 350 S. Main Street | |
| Suite 105 | |
| Doylestown, PA 18901 | |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2017 at Anaheim, California

*/s/ Krystle Miller*
Krystle Miller