United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-16375-amc
Paul J. Weaver                                                            Chapter 11
Donnamarie T. Weaver
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3          Date Rcvd: Dec 19, 2017
                             Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
13274114          +Christiana Trust,    c/o Carrington Mortgage Services, LLC,    1600 S. Douglass Rd., Ste. 200-A,
                   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2017 at the address(es) listed below:
          ADAM R. ELGART   on behalf of Creditor   WELLS FARGO BANK, N.A. aelgart@mwm-law.com,
            mip@mwm-law.com
          ALEXANDRA T. GARCIA   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee
            for HarborView Mortgag Loan Trust 2006-8 ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA   on behalf of Defendant   JP MORGAN CHASE ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA   on behalf of Creditor   JPMorgan Chase Bank, National Association
            ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. ecfmail@mwc-law.com
          ALEXANDRA T. GARCIA   on behalf of Creditor   U.S. Bank National Association as Trustee for the
            LXS 2006-2N ecfmail@mwc-law.com
          ALICIA M. SANDOVAL   on behalf of Creditor   WELLS FARGO BANK, N.A. asandoval@mwm-law.com
          ANDREW F GORNALL   on behalf of Creditor   HSBC Bank USA, National Association, et al
            agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANDREW F GORNALL   on behalf of Defendant   Bank of America agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          ANDREW F GORNALL   on behalf of Creditor   JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          ANN E. SWARTZ   on behalf of Creditor   Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
            Mortgage Pass-Through Certificates, Series 2006-8 ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   U.S. Bank National Association, as Trustee
            ecfmail@mwc-law.com, ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   First Savings Mortgage ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
          ANN E. SWARTZ   on behalf of Creditor   JPMorgan Chase Bank, National Association
            ecfmail@mwc-law.com, ecfmail@mwc-law.com
          BARBARA A. FEIN   on behalf of Creditor   Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
            Mortgage Pass-Through Certificates, Series 2006-8 speck@lobaf.com,  BarbaraF@lobaf.com
          BRETT L. MESSINGER   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, by
            its Attorney in Fact Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
          BRETT L. MESSINGER   on behalf of Creditor   U.S. Bank National Association, as Trustee
            blmessinger@duanemorris.com
          BRETT L. MESSINGER   on behalf of Creditor   Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
          BRETT L. MESSINGER   on behalf of Defendant   Ocwen Financial Corporation
            blmessinger@duanemorris.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   U.S. Bank National Association, as Trustee,
            successor in interest to Bank of America, National Association as Trustee as successor by merger
            to LaSalle Bank National Association, as Trustee for Certif ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   JPMorgan Chase Bank, National Association
            ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   One West Bank, FSB ecfmail@mwc-law.com

District/off: 0313-2          User: Antoinett          Page 2 of 3          Date Rcvd: Dec 19, 2017
                             Form ID: trc              Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
            pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association
            pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Defendant    Residential Credit Solutions pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
            pabk@logs.com
          CHRISTOPHER A. DENARDO    on behalf of Creditor    Rushmore Loan Management Services, LLC, et al
            pabk@logs.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    Deutsche Bank National Trust Company, as
            Indenture Trustee for American Home Mortgage Investment Trust 2005-2 debersole@hoflawgroup.com,
            bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE   on behalf of Creditor    US Bank, National Association, not in its
            individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T c/o Rushmore Loan
            Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DAVID H. LIPOW   on behalf of Creditor    U.S. Bank National Association, as Trustee for
            Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
            bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
          DAVID W. RAPHAEL   on behalf of Creditor    JPMorgan Chase Bank, National Association
            draphael@grenenbirsic.com, mcupec@grenenbirsic.com
          JEREMY JOHN KOBESKI   on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL.
            paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
          JEROME B. BLANK   on behalf of Defendant    Nationstar paeb@fedphe.com
          JEROME B. BLANK   on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    Bank of America, N.A. jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOHN ERIC KISHBAUGH   on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com,
            vbarber@udren.com
          JON M. ADELSTEIN   on behalf of     Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com,
            jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN   on behalf of Debtor Paul J. Weaver jadelstein@adelsteinkaliner.com,
            jsbamford@adelsteinkaliner.com
          JOSEPH ANGEO DESSOYE   on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home
            Loans, Inc., solely in its capacity as Servicer paeb@fedphe.com
          JOSEPH PATRICK SCHALK   on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee
            ET.AL. paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com
          JOSEPH PATRICK SCHALK   on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com,
            cbrelje@barley.com;jrachor@barley.com
          KASSIA FIALKOFF   on behalf of Creditor    Residential Credit Solutions, Inc., et al
            kfialkoff@duanemorris.com
          KERI P EBECK   on behalf of Defendant    JP Morgan Chase Home Finance kebeck@weltman.com,
            jbluemle@weltman.com
          KERI P EBECK   on behalf of Defendant    The Bank of New York Mellon Trust Company, NA
            kebeck@weltman.com,  jbluemle@weltman.com
          KERI P EBECK   on behalf of Creditor    The Bank of New York Mellon Trust Company, National
            Association as grantor trustee of the Protium Master Grantor Trust kebeck@weltman.com,
            jbluemle@weltman.com
          KEVIN P. CALLAHAN   on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
          KEVIN T MCQUAIL   on behalf of Creditor    JPMorgan Chase Bank, National Association
            ecfmail@mwc-law.com
          KEVIN T MCQUAIL   on behalf of Creditor    U.S. Bank National Association, as Trustee
            ecfmail@mwc-law.com
          KEVIN T MCQUAIL   on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com
          KEVIN T MCQUAIL   on behalf of Creditor    JPMorgan Chase Bank, National Association, et al
            ecfmail@mwc-law.com
          KIMBERLY A. BONNER   on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR  Greenpoint
            Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7, U.S. Bank National
            Association, as Trustee amps@manleydeas.com
          KRISTEN D. LITTLE   on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT FOR
            pabk@logs.com
          LESLIE J. RASE   on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by its
            Attorney in Fact Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
          LESLIE J. RASE   on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com,  lerase@logs.com
          LESLIE J. RASE   on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com,
            lerase@logs.com
          MARIO J. HANYON   on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF
            RECORD paeb@fedphe.com
          MARISA MYERS COHEN   on behalf of Creditor    JPMorgan Chase Bank, National Association
            mcohen@mwc-law.com
          MARISA MYERS COHEN   on behalf of Defendant    First Savings Mortgage Corp. mcohen@mwc-law.com
          MARY F. KENNEDY   on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
            mary@javardianlaw.com,  tami@javardianlaw.com
          MARY F. KENNEDY   on behalf of Defendant    WELLS FARGO BANK, N.A. mary@javardianlaw.com,
            tami@javardianlaw.com

```
District/off: 0313-2          User: Antoinett          Page 3 of 3          Date Rcvd: Dec 19, 2017
                             Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    MARY F. KENNEDY    on behalf of Creditor   Christiana Trust, a Division of Wilmington Savings Fund
       Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-21 mary@javardianlaw.com,
       tami@javardianlaw.com
    MARY F. KENNEDY    on behalf of Defendant   Carrington Mortgage Services, LLC
       mary@javardianlaw.com,   tami@javardianlaw.com
    MARY F. KENNEDY    on behalf of Creditor   CARRINGTON MORTGAGE SERVICES, LLC mary@javardianlaw.com,
       tami@javardianlaw.com
    MARY F. KENNEDY    on behalf of Creditor   WELLS FARGO BANK, N.A. mary@javardianlaw.com,
       tami@javardianlaw.com
    MICHAEL H. KALINER    on behalf of Joint Debtor Donnamarie T. Weaver mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of Plaintiff Paul J. Weaver mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of Creditor   U.S. Bank National Association, as Trustee for
       Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
       mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of Plaintiff Donna  Weaver mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of  Paul J. Weaver mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of Debtor Paul J. Weaver mhkaliner@gmail.com
    MICHAEL H. KALINER    on behalf of Plaintiff Donnamarie T. Weaver mhkaliner@gmail.com
    SALVATORE  CAROLLO    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for ARLP Trust
       ldoyle@udren.com,   cblack@udren.com
    SHANNON L. FOSTER    on behalf of Plaintiff Paul J. Weaver Shannon@slflaw.net,
       shannonfosteresq@gmail.com;ashley@slflaw.net
    SHANNON L. FOSTER    on behalf of Plaintiff Donnamarie T. Weaver Shannon@slflaw.net,
       shannonfosteresq@gmail.com;ashley@slflaw.net
    SHANNON L. FOSTER    on behalf of  Paul J. Weaver Shannon@slflaw.net,
       shannonfosteresq@gmail.com;ashley@slflaw.net
    SHANNON L. FOSTER    on behalf of  Donnamarie T. Weaver Shannon@slflaw.net,
       shannonfosteresq@gmail.com;ashley@slflaw.net
    SHANNON L. FOSTER    on behalf of Financial Advisor   GFCIB AND ADVISORS, LLC Shannon@slflaw.net,
       shannonfosteresq@gmail.com;ashley@slflaw.net
    SHERRI J. BRAUNSTEIN    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for
       sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
    SHERRI J. BRAUNSTEIN    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
       Trustee for American Home Mortgage Investment Trust 2005-2 sherri.braunstein@phelanhallinan.com,
       pa.bkecf@fedphe.com
    SHERRI J. BRAUNSTEIN    on behalf of Creditor   Ocwen Loan Servicing, LLC servicer for ARLP Trust
       sherri.braunstein@phelanhallinan.com,  pa.bkecf@fedphe.com
    STEVEN K. EISENBERG    on behalf of Creditor   HSBC Bank USA, National Association, et al
       seisenberg@sterneisenberg.com,  bkecf@sterneisenberg.com
    STEVEN K. EISENBERG    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee,
       by its Attorney in Fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
       bkecf@sterneisenberg.com
    United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

                                                           TOTAL: 85

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-16375-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Paul J. Weaver
148 Harrogate Drive
Landenberg PA 19350

Donnamarie T. Weaver
148 Harrogate Drive
Landenberg PA 19350

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/15/2017.

Name and Address of Alleged Transferor(s):

Claim No. 37: Christiana Trust, c/o Carrington Mortgage Services, LLC, 1600 S. Douglass Rd., Ste. 200-A, Anaheim, CA 92806

Name and Address of Transferee:

U.S. Bank Trust National Association
c/o BSI Financial Services
1425 Greenway Drive, Ste 400
Irving, TX 75038

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/21/17

Tim McGrath
**CLERK OF THE COURT**