United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-16375-amc
Paul J. Weaver                                                            Chapter 11
Donnamarie T. Weaver
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 3              Date Rcvd: Aug 23, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2018.
12896754        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2018 at the address(es) listed below:
       ADAM R. ELGART    on behalf of Creditor    WELLS FARGO BANK, N.A. aelgart@mwm-law.com,
       mip@mwm-law.com
       ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
       for HarborView Mortgag Loan Trust 2006-8 ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
       ALEXANDRA T. GARCIA    on behalf of Defendant    JP MORGAN CHASE ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
       ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
       ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
       ALEXANDRA T. GARCIA    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
       ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association as Trustee for the
       LXS 2006-2N ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
       ALICIA M. SANDOVAL    on behalf of Creditor    WELLS FARGO BANK, N.A. asandoval@mwm-law.com
       ANDREW F GORNALL    on behalf of Creditor    HSBC Bank USA, National Association, et al
       agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
       ANDREW F GORNALL    on behalf of Defendant    Bank of America agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       ANN E. SWARTZ    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
       Mortgage Pass-Through Certificates, Series 2006-8 ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
       ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
       ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
       ANN E. SWARTZ    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
       ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
       ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
       BARBARA A. FEIN    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
       Mortgage Pass-Through Certificates, Series 2006-8 bfein@sanddlawyers.com,
       mhanford@sanddlawyers.com
       BRETT L. MESSINGER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by
       its Attorney in Fact Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
       BRETT L. MESSINGER    on behalf of Creditor    U.S. Bank National Association, as Trustee
       blmessinger@duanemorris.com
       BRETT L. MESSINGER    on behalf of Defendant    Ocwen Financial Corporation
       blmessinger@duanemorris.com
       BRETT L. MESSINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
       CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank National Association, as Trustee,
       successor in interest to Bank of America, National Association as Trustee as successor by merger
       to LaSalle Bank National Association, as Trustee for Certif ecfmail@mwc-law.com
       CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association
       ecfmail@mwc-law.com
       CELINE P. DERKRIKORIAN    on behalf of Creditor    One West Bank, FSB ecfmail@mwc-law.com

```
District/off: 0313-2           User: Randi              Page 2 of 3                   Date Rcvd: Aug 23, 2018
                               Form ID: trc             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      CHRISTOPHER A. DENARDO    on behalf of Creditor    Rushmore Loan Management Services, LLC, et al pabk@logs.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com
      CHRISTOPHER A. DENARDO    on behalf of Defendant    Residential Credit Solutions pabk@logs.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al pabk@logs.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T c/o Rushmore Loan Management Services debersole@hoflawgroup.com, bbleming@hoflawgroup.com
      DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
      DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Defendant    Nationstar paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
      JILL MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com
      JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com, vbarber@udren.com
      JON M. ADELSTEIN    on behalf of     Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN    on behalf of Debtor Paul J. Weaver jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as Servicer paeb@fedphe.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL. paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com
      JOSEPH PATRICK SCHALK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com
      KASSIA FIALKOFF    on behalf of Creditor    Residential Credit Solutions, Inc., et al kfialkoff@duanemorris.com
      KERI P EBECK    on behalf of Defendant    JP Morgan Chase Home Finance kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      KERI P EBECK    on behalf of Defendant    The Bank of New York Mellon Trust Company, NA kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      KERI P EBECK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
      KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
      KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com
      KEVIN T MCQUAIL    on behalf of Creditor    U.S. Bank National Association, as Trustee ecfmail@mwc-law.com
      KEVIN T MCQUAIL    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com
      KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al ecfmail@mwc-law.com
      KIMBERLY A. BONNER    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7, U.S. Bank National Association, as Trustee amps@manleydeas.com
      KRISTEN D. LITTLE    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT FOR pabk@logs.com
      LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by its Attorney in Fact Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
      LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
      LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com, lerase@logs.com
      MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF RECORD paeb@fedphe.com
      MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association mcohen@mwc-law.com
      MARISA MYERS COHEN    on behalf of Defendant    First Savings Mortgage Corp. mcohen@mwc-law.com
      MARY F. KENNEDY    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee mary@javardianlaw.com, tami@javardianlaw.com
      MARY F. KENNEDY    on behalf of Defendant    WELLS FARGO BANK, N.A. mary@javardianlaw.com, tami@javardianlaw.com

```
District/off: 0313-2          User: Randi                  Page 3 of 3                   Date Rcvd: Aug 23, 2018
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          MARY F. KENNEDY    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings Fund
           Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-21 mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Defendant    Carrington Mortgage Services, LLC
           mary@javardianlaw.com, tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    WELLS FARGO BANK, N.A. mary@javardianlaw.com,
           tami@javardianlaw.com
          MICHAEL H. KALINER    on behalf of Joint Debtor Donnamarie T. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Paul J. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
           mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Donna  Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of  Paul J. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Donnamarie T. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Debtor Paul J. Weaver mhkaliner@gmail.com
          SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust
           ldoyle@udren.com, cblack@udren.com
          SHANNON L. FOSTER    on behalf of Plaintiff Paul J. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Plaintiff Donnamarie T. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of  Paul J. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Financial Advisor    GFCIB AND ADVISORS, LLC Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of  Donnamarie T. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust
           sherri.braunstein@phelanhallinan.com, pa.bkecf@fedphe.com
          SHERRI J. Smith    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee for American Home Mortgage Investment Trust 2005-2 sherri.braunstein@phelanhallinan.com,
           pa.bkecf@fedphe.com
          STEVEN K. EISENBERG    on behalf of Creditor    HSBC Bank USA, National Association, et al
           seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com
          STEVEN K. EISENBERG    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
           by its Attorney in Fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
           bkecf@sterneisenberg.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 85
```

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-16375-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Paul J. Weaver<br>148 Harrogate Drive<br>Landenberg PA 19350 | Donnamarie T. Weaver<br>148 Harrogate Drive<br>Landenberg PA 19350 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/22/2018.

Name and Address of Alleged Transferor(s):

Claim No. 39: Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933

Name and Address of Transferee:

Wilmington Savings Fund Society
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/25/18

Tim McGrath
**CLERK OF THE COURT**