United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-16375-amc
Paul J. Weaver                                                      Chapter 11
Donnamarie T. Weaver
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi            Page 1 of 3              Date Rcvd: Apr 22, 2019
                              Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
12958898        #Residential Credit Solutions,    PO Box 163229,    Ft Worth, TX 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
              ADAM R. ELGART    on behalf of Creditor    WELLS FARGO BANK, N.A. aelgart@mwm-law.com,
               mip@mwm-law.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               for HarborView Mortgag Loan Trust 2006-8 ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Defendant    JP MORGAN CHASE ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ALEXANDRA T. GARCIA    on behalf of Creditor    U.S. Bank National Association as Trustee for the
               LXS 2006-2N ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ALICIA M. SANDOVAL    on behalf of Creditor    WELLS FARGO BANK, N.A. asandoval@mwm-law.com
              ANDREW F GORNALL    on behalf of Creditor    HSBC Bank USA, National Association, et al
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Defendant    Bank of America agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-8 ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              ANN E. SWARTZ    on behalf of Creditor    JPMorgan Chase Bank, National Association
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              BARBARA A. FEIN    on behalf of Creditor    Citibank, N.A. as Trustee for Bear Stearns Alt-A Trust,
               Mortgage Pass-Through Certificates, Series 2006-8 bfein@sanddlawyers.com,
               mhanford@sanddlawyers.com
              BRETT L. MESSINGER    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by
               its Attorney in Fact Ocwen Loan Servicing, LLC blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Creditor    U.S. Bank National Association, as Trustee
               blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Defendant    Ocwen Financial Corporation
               blmessinger@duanemorris.com
              BRETT L. MESSINGER    on behalf of Creditor    Ocwen Loan Servicing, LLC blmessinger@duanemorris.com

```
District/off: 0313-2          User: Randi               Page 2 of 3                   Date Rcvd: Apr 22, 2019
                              Form ID: trc              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        CELINE P. DERKRIKORIAN    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certif ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com
        CELINE P. DERKRIKORIAN    on behalf of Creditor    One West Bank, FSB ecfmail@mwc-law.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al pabk@logs.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    JPMorgan Chase Bank, National Association pabk@logs.com
        CHRISTOPHER A. DENARDO    on behalf of Defendant    Residential Credit Solutions pabk@logs.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al pabk@logs.com
        CHRISTOPHER A. DENARDO    on behalf of Creditor    Rushmore Loan Management Services, LLC, et al pabk@logs.com
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 debersole@hoflawgroup.com, pfranz@hoflawgroup.com
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    US Bank, National Association, not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2013-1T c/o Rushmore Loan Management Services debersole@hoflawgroup.com, pfranz@hoflawgroup.com
        DAVID H. LIPOW    on behalf of Creditor    U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8 bkecf@milsteadlaw.com, dlipow@milsteadlaw.com
        DAVID W. RAPHAEL    on behalf of Creditor    JPMorgan Chase Bank, National Association draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        JEREMY JOHN KOBESKI    on behalf of Creditor    Nationstar Mortgage LLC paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL. paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Nationstar Mortgage, LLC paeb@fedphe.com
        JEROME B. BLANK    on behalf of Defendant    Nationstar paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
        JILL MANUEL-COUGHLIN    on behalf of Creditor    Bank of America, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JOHN ERIC KISHBAUGH    on behalf of Creditor    Ocwen Loan Servicing, LLC jkishbaugh@udren.com, vbarber@udren.com
        JON M. ADELSTEIN    on behalf of    Adelstein & Kaliner, LLC jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JON M. ADELSTEIN    on behalf of Debtor Paul J. Weaver jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
        JOSEPH ANGEO DESSOYE    on behalf of Creditor    LSF9 Master Participation Trust, by Caliber Home Loans, Inc., solely in its capacity as Servicer paeb@fedphe.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor    Duetsche Bank Trust Company Americas, As Trustee ET.AL. paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com
        JOSEPH PATRICK SCHALK    on behalf of Creditor    LSF9 Master Participation Trust paeb@fedphe.com, cbrelje@barley.com;jrachor@barley.com
        KASSIA FIALKOFF    on behalf of Creditor    Residential Credit Solutions, Inc., et al kfialkoff@duanemorris.com
        KERI P EBECK    on behalf of Defendant    JP Morgan Chase Home Finance kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KERI P EBECK    on behalf of Defendant    The Bank of New York Mellon Trust Company, NA kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KERI P EBECK    on behalf of Creditor    The Bank of New York Mellon Trust Company, National Association as grantor trustee of the Protium Master Grantor Trust kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
        KEVIN P. CALLAHAN    on behalf of U.S. Trustee    United States Trustee kevin.p.callahan@usdoj.gov
        KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association ecfmail@mwc-law.com
        KEVIN T MCQUAIL    on behalf of Creditor    U.S. Bank National Association, as Trustee ecfmail@mwc-law.com
        KEVIN T MCQUAIL    on behalf of Creditor    First Savings Mortgage ecfmail@mwc-law.com
        KEVIN T MCQUAIL    on behalf of Creditor    JPMorgan Chase Bank, National Association, et al ecfmail@mwc-law.com
        KIMBERLY A. BONNER    on behalf of Creditor    GMAC MORTGAGE LLC AS SERVICER FOR Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR7, U.S. Bank National Association, as Trustee kab@jsdc.com, jnr@jsdc.com
        KRISTEN D. LITTLE    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT FOR pabk@logs.com
        LESLIE J. RASE    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, by its Attorney in Fact Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
        LESLIE J. RASE    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com, lerase@logs.com
        LESLIE J. RASE    on behalf of Creditor    PennyMac Loan Services, LLC pabk@logs.com, lerase@logs.com
        MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A., AS SERVICER FOR THE MORTGAGEE OF RECORD paeb@fedphe.com
        MARISA MYERS COHEN    on behalf of Creditor    JPMorgan Chase Bank, National Association mcohen@mwc-law.com

```
District/off: 0313-2          User: Randi                  Page 3 of 3                   Date Rcvd: Apr 22, 2019
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          MARISA MYERS COHEN    on behalf of Defendant    First Savings Mortgage Corp. mcohen@mwc-law.com
          MARY F. KENNEDY    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee
           mary@javardianlaw.com,   tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Defendant    WELLS FARGO BANK, N.A. mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    Christiana Trust, a Division of Wilmington Savings Fund
           Society, FSB, as trustee for Stanwich Mortgage Loan Trust, Series 2013-21 mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Defendant    Carrington Mortgage Services, LLC
           mary@javardianlaw.com,   tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    WELLS FARGO BANK, N.A. mary@javardianlaw.com,
           tami@javardianlaw.com
          MICHAEL H. KALINER    on behalf of Joint Debtor Donnamarie T. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Paul J. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2006-AR8
           mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Donna  Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of  Paul J. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Plaintiff Donnamarie T. Weaver mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Debtor Paul J. Weaver mhkaliner@gmail.com
          SALVATORE  CAROLLO    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust
           ldoyle@udren.com,   cblack@udren.com
          SHANNON L. FOSTER    on behalf of Plaintiff Paul J. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Plaintiff Donnamarie T. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of  Paul J. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of Financial Advisor    GFCIB AND ADVISORS, LLC Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHANNON L. FOSTER    on behalf of  Donnamarie T. Weaver Shannon@slflaw.net,
           shannonfosteresq@gmail.com;ashley@slflaw.net
          SHERRI J. SMITH    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
           Trustee for American Home Mortgage Investment Trust 2005-2 sherri.braunstein@phelanhallinan.com,
           pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          SHERRI J. SMITH    on behalf of Creditor    Ocwen Loan Servicing, LLC servicer for ARLP Trust
           sherri.braunstein@phelanhallinan.com,   pa.bkecf@fedphe.com
          STEVEN K. EISENBERG    on behalf of Creditor    HSBC Bank USA, National Association, et al
           seisenberg@sterneisenberg.com,   bkecf@sterneisenberg.com
          STEVEN K. EISENBERG    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee,
           by its Attorney in Fact Ocwen Loan Servicing, LLC seisenberg@sterneisenberg.com,
           bkecf@sterneisenberg.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                   TOTAL: 85

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-16375-amc
Chapter 11

In re: Debtor(s) (including Name and Address)

Paul J. Weaver
148 Harrogate Drive
Landenberg PA 19350

Donnamarie T. Weaver
148 Harrogate Drive
Landenberg PA 19350

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 38: Residential Credit Solutions, PO Box 163229, Ft Worth, TX 76161-3229

Name and Address of Transferee:

Athene Annuity & Life Assurance Company
NewRez LLC DBA
Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/24/19

Tim McGrath
**CLERK OF THE COURT**